

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 4 2006

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**BENJAMIN O. LAMBERT**                                          **PLAINTIFF**

**VS.**                          **NO.** 4 - 0 6 - C V - 0 3 6 4 GH

**CAPITAL ONE FINANCIAL CORPORATION,**          **DEFENDANTS**
**EXPERIAN, EQUIFAX, and TRANSUNION**

This case assigned to District Judge _Howard_
and to Magistrate Judge _Ray_

**COMPLAINT**

Comes now Benjamin O. Lambert and for his Complaint, states as follows:

1.      This is a Complaint for compensatory and punitive damages based on the federal

Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"); 15 USC § 1643, and 15 USC

§1693.

## PARTIES

2.      Plaintiff Benjamin O. Lambert is a resident and citizen of Searcy, White County,

Arkansas.

3.      Defendant Bank Capital One Financial Corporation is a Delaware corporation

doing business in the Eastern District of Arkansas.

4.      Defendant Experian Information Solutions, Inc. is a California corporation doing

business in the Eastern District of Arkansas.

5.      Defendant Equifax Information Services LLC is a Georgia corporation doing

business in the Eastern District of Arkansas.

6.      Defendant Trans Union LLC is an Illinois corporation doing business in the

Eastern District of Arkansas.

7.     Jurisdiction is proper in this Court pursuant to 28 USC § 1331.

8.     Venue is proper in this Court pursuant to 28 USC § 1391.

### Factual Background

9.     On or about June 1, 1998, Plaintiff applied for and received a credit card from Defendant Capital One. The last four digits of the account number assigned to Plaintiff were 6597 (the "Account").

10.     On or about May 2, 2004, Plaintiff received a statement from Defendant Capital One for transactions between April 3, 2004 and May 2, 2004. On this statement, there appeared a charged from Western Union in the amount of $1,080.00 (the "Unauthorized Charge"). Plaintiff did not enter into or authorize any transaction with Western Union at the time in question. A copy of the statement reflecting the Unauthorized Charge is attached hereto as **Exhibit A.**

11.     On several occasions, Plaintiff contacted Defendant Capital One to have the Unauthorized Charge removed from his Account.

12.     On or about December 15, 2004, Plaintiff filed a police report with the Searcy Police Department regarding this issue. A copy of this Police Report is attached hereto as **Exhibit B.**

13.     For a number of months after the Unauthorized Charge was incurred, Plaintiff was unable to obtain information from Western Union concerning the source and identity of the party who incurred the Unauthorized Charge. Eventually, however, counsel for Plaintiff was able to learn from representatives of Western Union in May 2005 that the Unauthorized Charge arose from a wire initiated by an unknown person to or for the benefit of one Jamie Norberg in

California. The Plaintiff does not know this person and did not authorize this person or anyone else to initiate such a transfer.

14.     Despite numerous verbal and one or more written requests for Defendant Capital One to remove the Unauthorized Charge, Capital One failed and/or refused to do so. In December 2004, the Plaintiff closed the Account.

15.     On March 25, 2005, Plaintiff requested a credit report. In every instance, except for Capital One, every creditor reported that Plaintiff's debts to such creditors had either been paid satisfactorily or the account was current. From and since sometime before March 1, 2005, Capital One has continuously reported derogatory information regarding the Account.

16.     On April 5, 2005, counsel for Plaintiff issued a letter to Darshana Montes of Capital One Services, Inc. disputing the validity of the Unauthorized Charge, any interest, late fees or any other matters that arose from said Unauthorized Charge. This letter was copied to separate Defendants, Equifax, Experian, and TransUnion. A copy of this letter is attached hereto as **Exhibit C**. In addition to this correspondence, Plaintiff's counsel contacted Capital One by phone and letter at least three additional times without success in getting the charges removed. A copy of a subsequent letter dated September 26, 2005 is attached hereto as **Exhibit D**.

17.     In response to counsel's April 5, 2005 letter, on July 20, 2005, counsel for Plaintiff received a report from CSC Credit Services, Inc. ("CSC") which reported that CSC had conducted an investigation of the Unauthorized Charge and determined that the charge was verified by Capital One has being correctly reported delinquent. A copy of the CSC report is attached hereto as **Exhibit E**.

18.     On or about October 14, 2005, Plaintiff filed an official dispute of the Unauthorized Charge with TransUnion, Equifax, and Experian requested an official re-

investigation of his credit reporting by TransUnion. Plaintiff attached an Affidavit under oath indicating that he did not authorize the Unauthorized Charge. A copy of the dispute letter to TransUnion is attached hereto as **Exhibit F.**

19.     Experian submitted a response to the official dispute dated November 10, 2005. According to this response, Experian's re-investigation reflected the Unauthorized Charge was verified and that no change was being made on Plaintiff's credit report reflecting the Capital One account as past due in the amount of $1,887.00. A copy of this response is attached hereto as **Exhibit G.**

20.     TransUnion submitted a response to the official dispute dated November 11, 2005. According to this response, TransUnion's re-investigation reflected the Unauthorized Charge was verified and that no change was being made on Plaintiff's credit report reflecting the Capital One account as past due in the amount of $1,887.00. A copy of this response is attached hereto as **Exhibit H.**

21.     On information and belief, Equifax never responded to the Plaintiff's October 14, 2005 official dispute.

22.     The continued derogatory reporting on the Account by Defendants has detrimentally impacted Plaintiff's ability to obtain credit.

## COUNT I
## FAIR CREDIT REPORT ACT

23.     Plaintiff realleges the allegations contained in Paragraphs 1 through 22 above.

24.     On information and belief, Defendant Capital One negligently failed to conduct a reasonable investigation of Plaintiff's dispute regarding the Unauthorized Charge in violation of 15 USC § 1681 s-2(b)(1).

25. On information and belief, Separate Defendants TransUnion, Experian, and Equifax negligently failed to conduct a reasonable re-investigation of Plaintiff's dispute regarding the Unauthorized Charge in violation of 15 USC § 1681s-2(b)(1).

26. As a result of Defendants' negligence, Plaintiff has suffered economic loss resulting from inability to obtain credit, lost time and opportunity costs associated in dealing with these issues, mental distress as well as injury to reputation and creditworthiness.

27. Plaintiff is entitled to recovery from Defendants, jointly and severally, of actual damages of not less than $5,000.00, compensatory damages associated with loss of reputation and general indignities of not less than $20,000.00, attorneys' fees in the amount of $200.00 per hour, and Plaintiff's costs associated with this matter, all of which are compensable pursuant to 15 USC § 1681o and applicable case law.

28. Because Defendants' actions or omissions were willful, punitive damages are proper pursuant to 15 USC § 1681n.

## COUNT II
## LIMITATION OF LIABILITY TO CAPITAL ONE

29. Plaintiff realleges the allegations contained in Paragraphs 1 through 28 above.

30. Pursuant to the authority of 15 USC § 1643, 15 USC § 1693 (g) and 15 USC § 1693 (m), the maximum liability of Plaintiff to separate Defendant Capital One with respect to the Unauthorized Charge is $50.00. Separate Defendant Capital One has failed and refused to reduce Plaintiff's liability to $50.00 despite request to do so. As a result of this failure, Plaintiff is entitled to receive actual damages, including emotional distress in an amount of not less than $5,000.00, a statutory penalty of not less than $1,000.00, costs in bringing this action and reasonable attorney's fees.

## COUNT III
## INJUNCTIVE RELIEF TO RESTORE PLAINTIFF'S CREDIT RATING

31.     Plaintiff realleges the allegations contained in Paragraphs 1 through 30 above.

32.     In addition to all other relief requested herein, Plaintiff is entitled to injunctive

relief to remove any and all derogatory information from the Plaintiff's credit report.

## REQUEST FOR JURY TRIAL

33.     Plaintiff requests a jury trial.

WHEREFORE, Plaintiff prays for all the relief requested above, for costs, attorneys' fees

and all other good and proper relief.

Respectfully submitted,

KEECH LAW FIRM, PA
7600 JFK Blvd, Suite B
North Little Rock, Arkansas 72120
Telephone: 501/221/3200
Facsimile: 501/221/3201

By:     _____

Kevin P. Keech
Ark. Bar No. 98147

Attorney for Benjamin O. Lambert

**CapitalOne** | auto finance™

# SAVE MONEY
## ON YOUR AUTO LOAN.

Rates as low as **3.49%** * APR

New • Used • Refinance • Lease Buyout

Apply now at CapitalOneAutoFinance.com/SaveToday

---

**CapitalOne®**

MASTERCARD ACCOUNT
—6797

APR 03 - MAY 02, 2004
Page 1 of 1

**Account Summary**

| | |
|---|---|
| Previous Balance | $520.93 |
| Payments, Credits and Adjustments | $10.00 |
| Transactions | $1,110.81 |
| Finance Charges | $41.12 |
| New Balance | $1,222.86 |
| Minimum Amount Due | $36.00 |
| Payment Due Date | June 02, 2004 |
| Total Credit Line | $6,300 |
| Total Available Credit | $5,077.14 |
| Credit Line for Cash | $2,300 |
| Available Credit for Cash | $3,077.14 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
**1-800-798-0363**

Send payments to:
Attn: Remittance Processing
Capital One Services
P.O. Box 85000
Seattle, WA 98185-0000

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

**Payments, Credits and Adjustments**

| 1 | 14 APR | PAYMENT RECEIVED - THANK YOU | $10.00- |
|---|---|---|---|

**Transactions**

| 2 | 11 APR | JRR EXPRESS SEARCY AR | $20.76 |
| 3 | 30 APR | WESTRN TXUNION*CALL CASH 800-325-3403 MO | 1,000.00 |
| 4 | 02 MAY | ACCT BAL COVERAGE PREMIUM 1-800-537-7546 | 16.61 |
| 5 | 02 MAY | CASH ADVANCE FEE -- FINANCE CHARGE | 22.40 |

As a valued Capital One customer we want you to know that your account number has changed. After you either your new card, you will need to give your new account number to those merchants with whom you have set up automatic billing. This will ensure that the payments you have arranged will continue to be billed directly to your Capital One card, saving you time and money on postage. Once again, thank you for choosing Capital One.

Congratulations and thank you for maintaining your good credit performance! You've done your part as, as promised, you're on your way to another great credit line increase. With an increased credit line, you'll have more spending power for the things you want, when you want them! So continue to maintain your good credit performance so that we can help you build the credit you deserve with our Credit by Design program.

**Finance Charges**

| | Balance not applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $72.03 | .3330% | 11.94% | $.24 |
| CASH | $461.73 | .4542% | 19.90% | $7.10 |

ANNUAL PERCENTAGE RATE applied this period 42.41%

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

**CapitalOne®**

0000000 0 ————6897 02 1222060010000036003

| New Balance | $1,222.86 |
|---|---|
| Minimum Amount Due | $36.00 |
| Payment Due Date | June 02, 2004 |
| Total enclosed | $ |
| Account Number: | ————6897 |

Please print mailing address and other changes below using above which ink

Street _____ apt # _____
City _____ State _____ Zip _____
Home Phone _____ Business Phone _____
E-mail _____






Exhibit
A

Printed: 03/01/2006
At: 13:38:50

**SEARCY POLICE DEPARTMENT**
101 NORTH GUM STREET
PO BOX 178
SEARCY, AR 72143-

Page:

---

| Entry/CC#: SP-024317-04 | Date: 12/15/2004 | Time: 16:05 | Tour: | E Desk Officer: |
|---|---|---|---|---|

---

| Call Type..: ASSIST ANOTHER AGENCY | Priority..: 3 | How Received: WALK-IN |
|---|---|---|

Caller.....: LAMBERT, BENJAMIN O
Bus. Name..:
Address....: 909 HOLMES APT# D63
City/St/Zip:                                    Call Back #: (501)268-7962

---

Location of Assignment: 101 N GUM ST, SEARCY
Cross Street.........:
Business Name........: SEARCY POLICE DEPARTMENT
Description..........: CREDIT CARD FRAUD
Post:              Officer Assigned:  00034 - PEARSON                Unit: 203

---

Dispatched: Y  Call Taker: 00011.-  Disp Date: 12/15/2004   Disp Time: 16:08      Arv Time: 16:18
Disposition...: ACTIVE                                                            Comp Time: 16:50
Add'l Officers:                                                                    Disp to Comp: 0:42
Add'l Units...:                                                                    Rcv'd to Comp: 0:45

---

| Vehicle Plate Number: | | State: AR | Make: | |
|---|---|---|---|---|
| Vin: | Model: | | Color: | Year: |

---

### ASSOCIATED NUMBERS

---

### PERSONS INVOLVED

Name.........: LAMBERT, BENJAMIN O      DOB: 06/12/1977
Address......: 909 HOLMES APT# D63
City/State/Zip: SEARCY, AR 72143-
Phone Number..: (501)268-7962
Business Number..: ()
Sex...........: M     Race: W

---

### NARRATIVE

224:12/15/2004 19:36 -
The complainant Benjamin Lambert stated that sometime in April of 2004 a
transaction was charged to his card at a Western Union. The transaction was
for the amount of $1,000.00. He further stated that he contacted Capital
One who was the institution that issued the card. He told them the
transaction was unauthorized. They then told him they would send him an
affidavit concerning the transaction. He never received the affidavit and
discovered that he had been referred to a collection agency on the account.
He also learned that his address had been changed to a Will Blvd address in
Searcy. That explained why he never received any notification of the
incident. The exact location of the transaction could not be determined at
the time of this report. Mr. Lambert was advised to determine the incident
location and if it happened in Searcy we would open a case on the incident.
The card account was ▓▓▓▓▓▓▓-6597 on a Master Card. 224:12/15/2004
19:36 -

Certified by _____          Dated: _____

Approved by _____          Dated: _____

**Exhibit**
B

# KEECH LAW FIRM, PA
1429 Merrill Dr., Suite 3A
Little Rock, AR 72211
501-221-3200
501-221-3201 (f)

April 5, 2005

**VIA FACSIMILE (972) 819-5461**

Darshana Montes
Capitol One Services, Inc.
P.O. Box 85617
Richmond, VA 23276-0001

Re: Ben Lambert/Account # ████████-6597

Dear Sir or Madam:

I was recently contacted by Ben Lambert concerning a credit card statement from your organization. It is by understanding an unauthorized and/or fraudulent charge was made on Mr. Lambert's account approximately a year ago, April 20, 2004, the amount was $1,080.00. I also understand that Mr. Lambert has contacted your organization on numerous occasions by phone to inform your organization of this issue. To date, you have failed to remove this charge in accordance with 15 USC§1643 and 12 CFR 226.12.

Please note that Mr. Lambert disputes the validity of this debt and any interest, late fees or any other matters that arise from such improper charge. Please remove the $1,080.00 charge, along with all late fees, penalties and interest in connection with this matter. Please note that Mr. Lambert reserves all rights under the Truth in Lending Act, Fair Credit Reporting Act, Fair Debit Collection Practices Act and the Electronic Funds Transfer Act. I am sending a copy of this correspondence to all credit reporting agencies and asking them and you to remove any and all derogatory comments made to Mr. Lambert's credit arising from this transaction.

Please contact me at your earliest convenience to resolve this matter.

Very Truly Yours,

Kevin P. Keech

KPK/smh

cc: Ben Lambert
cc: Equifax, Experian and Trans Union

**Exhibit**
C

# *KEECH LAW FIRM, PA*

1429 Merrill Drive, Suite 3A
Little Rock, Arkansas 72211
Telephone: 501-221-3200
Facsimile: 501-221-3201
E-Mail: kkeech@keechlawfirm.com
www.keechlawfirm.com

September 26, 2005

*VIA FACSIMILE (972)819.5461*
Capital One
Attn: Ms. Darshanna Montes
Post Office Box 85617
Richmond, Virginia 23276-0001

RE:    Account No. ▓▓▓▓▓▓-6597\Benjamin M. Lambert
Social Security No. ▓▓▓▓▓

Dear Ms. Montes:

This firm represents Benjamin M. Lambert concerning a fraudulent charge made on his account in April 2004. I previously corresponded with your office concerning this matter and received a follow-up call from Holly Carter regarding same. A copy of my original letter is enclosed for your review. I also enclose an authorization to discuss this matter with me signed by your account holder. I also enclose an Affidavit signed by Mr. Lambert setting forth relevant facts and issues.

Please know that after further inquiries into this matter, I have learned from Western Union that an individual unknown to Mr. Lambert initiated a wire transfer on April 20, 2004 from Western Union in the amount of $1,080.00, which originally showed up on Mr. Lambert's account in his May 2004 statement. This charge was unauthorized and/or fraudulent. Accordingly, pursuant to federal law, Mr. Lambert requests Capitol One reverse the original underlying charge dated April 20, 2004 and remove any and all late charges, penalties and accrued interest arising out of or related to this original charge on April 20, 2004. In accordance with federal law, however, my client is willing to pay a charge of $50.00 relative to this matter. Once you have had an opportunity to review this matter, please do not hesitate to contact me should you have additional questions. Please know, however, in the event this matter is not resolved on or before November 15, 2005, my client has asked me to move forward to protect his legal rights.

Very truly yours,

Kevin P. Keech

**Exhibit**

D

KPK/th

cc:    Mr. Benjamin Lambert

       Western Union Custodian of Records
       20 Corporate Hills Drive
       St. Charles, Missouri  63301

       Equifax Credit Information Services, Inc
       Post Office Box 740241
       Atlanta, Georgia  30374

       TransUnion
       Post Office Box 2000
       Chester, Pennsylvania  19022

       Experian
       475 Anton Blvd.
       Costa Mesa, California  92626

## AFFIDAVIT

STATE OF ARKANSAS )
                      ) ss.
COUNTY OF PULASKI )

1.      My name is Ben Lambert. My social security number is ███████. I am over the age of eighteen and am competent to give this affidavit.

2.      The statements below are based on my personal knowledge and if called on to testify in Court, my testimony would be consistent herewith.

3.      I am the account holder of a Capital One credit card account number ███████-6597.

4.      I noticed on my May 2004 statement a charge on my account referenced on April 20, 2004 in the amount of $1,080.00 charged by Western Union. I did not make this charge.

5.      I notified Capital One on numerous occasions that I did not make this charge.

6.      For a number of months I was unable to obtain information from Western Union concerning the source and identity of the party who incurred the charge on my Capital One account.

7.      I have recently learned from Western Union that the aforementioned wire was initiated by one for the benefit of one Jamie Norberg in California.

8.      I do not know this person and I did not authorize the aforementioned charge.

Further affiant sayeth not.

*Benjamin Lambert*

Subscribed and sworn before me a Notary Public of _26_ day of September,

2005.

My Commission Expires:

May 27, 2015

(SEAL)

Patricia Murphy

NOTARY PUBLIC

STATE OF ARKANSAS )
                         ) ss.

COUNTY OF            )

## AUTHORIZATION TO DISCUSS ACCOUNT

The undersigned hereby authorizes Capital One and/or assigns to discuss my

account(s) with my attorney, Kevin P. Keech, 1429 Merrill Drive, Suite 3A, Little Rock,

Arkansas 72211, 501.221.3200, including but not limited to Account No. ▆▆▆▆▆

▆▆▆▆6597.

Dated September 22, 2005

                                        _(signature)_
                                        Benjamin Lambert
                                        Social Security No. ▆▆▆▆▆▆▆

Subscribed and sworn before me a Notary Public on this _26_ day of September, 2005.

My Commission Expires:

_May 27, 2015_


(SEAL)

                                   _Patricia Murphy_
                                   NOTARY PUBLIC

Computer Sciences Corporation

July 20, 2005

Kevin P. Keech
Attorney at Law
1429 Merrill Drive, Suite 3A
Little Rock, AR 72211

Re: *Ben Lambert*

Dear Mr. Keech:

CSC

This is in response to your letter, dated June 14, 2005, to CSC Credit Services, Inc ("CSCCS"). Enclosed is a copy of your client's credit report as requested.

Also enclosed is a copy of "How to Read Your Credit Report", a Research Request Form, a copy of "A Summary of your Rights Under the Fair Credit Reporting Act", and a copy of "Identity Theft Rights".

Upon your client's request, a description of the procedure used to determine the accuracy and completeness of the information shall be provided to you including the business name and address of any furnisher of information contacted in connection with such information. In addition, a telephone number will be provided, if reasonably available.

If the results of the re-investigation indicated the source continues to report the information you disputed, you have the right to contact the creditor directly or request us to include a notation regarding the disputed information. You may also submit a brief statement to CSC that will be included at the end of all subsequent credit reports, which may serve as an explanation of any information you dispute.

**If the re-investigation results in changing or deleting the information you are concerned about, you may request an updated credit report be sent to any credit grantor that received your credit reports in the past 6 months (12 months for New York and Maryland residents) and/or any company which received your credit report in the last 2 years for employment purposes.**

Should you have any questions, please feel free to contact me at 800/653-2772.

Sincerely,

Donna White
Consumer Affairs

Credit Services
652 N Sam Houston Parkway East, Suite 300
Houston, TX 77060

**Exhibit**
E

CSC CREDIT SERVICES
WWW.CSCCREDIT.COM
BOX 981222
EL PASO, TX 79998

JULY 09, 2005

BEN O LAMBERT
909 HOLMES RD APT D63
SEARCY AR 72143-3036

 CSC

DEAR CUSTOMER,

PLEASE FIND ENCLOSED THE RESULTS OF YOUR REQUEST FOR CSC TO REINVESTIGATE CERTAIN
ELEMENTS OF YOUR CSC CREDIT FILE.  OUR INVESTIGATION HAS NOW BEEN COMPLETED.

CAPITAL ONE          ACCOUNT NUMBER:  ████████6597
15000 CAPITAL ONE DR
RICHMOND VA 23238
(111) 111-1111

     CSC VERIFIED THAT THIS ITEM BELONGS TO YOU.

THANK YOU FOR GIVING CSC CREDIT SERVICES THE OPPORTUNITY TO SERVE YOU.

                         CSC CREDIT SERVICES
                         P.O. BOX 981222
                         EL PASO, TX 79998-1222
                         WWW.CSCCREDIT.COM

EXPLANATION OF REINVESTIGATION PROCESS:

     WHEN RE-INVESTIGATING DISPUTED INFORMATION, CSC'S PROCEDURE IS TO CONTACT THE
     SOURCE OF THE INFORMATION DIRECTLY, EITHER BY AN AUTOMATED SYSTEM, BY LETTER OR
     BY TELEPHONE.  UPON RECEIPT OF YOUR REQUEST, WE WILL PROVIDE YOU WITH THE
     COMPANY NAME AND THE ADDRESS OF THE SOURCE(S) CONTACTED.  IN ADDITION, A
     TELEPHONE NUMBER WILL BE PROVIDED WHEN AVAILABLE.

     IF THE RESULTS OF THE RE-INVESTIGATION INDICATE THAT THE SOURCE CONTINUES TO
     REPORT THE INFORMATION YOU DISPUTED, YOU HAVE THE RIGHT TO CONTACT THE CREDITOR
     DIRECTLY OR REQUEST US TO INCLUDE A NOTATION REGARDING THE DISPUTED INFORMATION.
     YOU MAY ALSO SUBMIT A BRIEF STATEMENT TO CSC THAT WILL BE INCLUDED AT THE END
     OF ALL SUBSEQUENT CREDIT REPORTS WHICH MAY SERVE AS AN EXPLANATION OF ANY
     INFORMATION YOU DISPUTE.

     PLEASE NOTE: IF THE RE-INVESTIGATION RESULTS IN CHANGING OR DELETING THE
     INFORMATION, YOU MAY REQUEST AN UPDATED CREDIT REPORT BE SENT TO ANY CREDIT
     GRANTOR THAT RECEIVED YOUR CREDIT REPORT IN THE PAST SIX MONTHS (TWELVE MONTHS
     FOR NEW YORK AND MARYLAND) AND/OR ANY COMPANY WHICH RECEIVED YOUR CREDIT
     REPORT IN THE LAST TWO YEARS FOR EMPLOYMENT PURPOSES.

     PLEASE SEE THE ENCLOSED DOCUMENTS FOR A SUMMARY OF YOUR RIGHTS UNDER THE FAIR
     CREDIT REPORTING ACT, AS AMENDED OCTOBER 1, 1997.

     THANK YOU FOR GIVING CSC THE OPPORTUNITY TO SERVE YOU. PLEASE SUBMIT FUTURE
     REINVESTIGATION REQUESTS ONLINE AT WWW.CSCCREDIT.COM.  YOU MAY ALSO ORDER YOUR
     CSC CREDIT REPORT ONLINE AT WWW.CSCCREDIT.COM.

     IF YOU PREFER TO CONTACT US IN WRITING, WE ASK THAT YOU TAKE THE FOLLOWING STEPS
     SO THAT WE MAY ADDRESS YOUR CONCERNS MORE EFFICIENTLY.  PLEASE USE ONLY BLACK
     OR BLUE INK.  PLEASE TYPE YOUR DISPUTE OR WRITE YOUR DISPUTE AS LEGIBLY AS
     POSSIBLE.

     IN AN EFFORT TO SERVICE OUR CONSUMERS MORE EFFICIENTLY WE ARE USING IMAGING
     TECHNOLOGY AS A PART OF ADDRESSING YOUR WRITTEN CONCERN.  TO ASSIST US AS WE
     STRIVE FOR EFFICIENCY, PLEASE TAKE CARE TO SUBMIT YOUR DISPUTES ON WHITE PAPER
     ONLY.

     WWW.CSCCREDIT.COM.

# KEECH LAW FIRM, PA

1429 Merrill Drive, Suite 3A
Little Rock, Arkansas 72211
Telephone: 501-221-3200
Facsimile: 501-221-3201
E-Mail: kkeech@keechlawfirm.com
www.keechlawfirm.com

October 14, 2005

TransUnion
Post Office Box 6790
Fullerton, California 92834-6790

     RE:    Benjamin Lambert
            Transunion File No.: 145240654

Dear Sir or Madam:

    This is letter is in response to your letter dated October 5, 2005 concerning dispute filed by Benjamin Lambert. You have requested a power of attorney. Enclosed are the following:

    1.    Authorization to discuss account signed by Mr. Lambert and notarized by a notary public;

    2.    Affidavit issued by Mr. Lambert setting forth the relevant facts of the dispute.

    Please note that, to the extent not previously articulated, Mr. Lambert wishes to officially dispute the reporting of his Capital One account (Account No. ████████████-6597) as delinquent. Mr. Lambert alleges he is a victim of identity theft as described in his affidavit. Mr. Lambert requests that Capital One remove any and all derogatory information concerning his account with Capital One and provide confirmation that such information has been updated. It is my understanding that, pursuant to the Fair Credit Reporting Act, your organization must provide an official response within 30 days. Failure to provide a response in such time will result in removal of the questioned derogatory information as a matter of law.

    Please know that if this information is not remedied, Mr. Lambert will have no other option but to make a report with the Federal Trade Commission and consider legal action. In addition, I am providing notice of this matter to Equifax and Experian and request both agencies, likewise, treat this as an official dispute. I am further providing this information to Capital One to the extent it does not already have notice of this dispute. Please let me know of any questions or concerns you may have.



**Exhibit**

F

Very truly yours,

Kevin P. Keech

KPK/th

cc:    Equifax (w/encl.)

      Experian (w/encl.)

      Capital One
      Fraud Operations
      Post Office Box 26074
      Richmond, Virginia 23260-6074

      Mr. Benjamin Lambert (w/encl.)

**AFFIDAVIT**

STATE OF ARKANSAS    )
                     ) ss.
COUNTY OF PULASKI    )

1.    My name is Ben Lambert. My social security number is ███████. I am over the age of eighteen and am competent to give this affidavit.

2.    The statements below are based on my personal knowledge and if called on to testify in Court, my testimony would be consistent herewith.

3.    I am the account holder of a Capital One credit card account number ██████-6597.

4.    I noticed on my May 2004 statement a charge on my account referenced on April 20, 2004 in the amount of $1,080.00 charged by Western Union. I did not make this charge.

5.    I notified Capital One on numerous occasions that I did not make this charge.

6.    For a number of months I was unable to obtain information from Western Union concerning the source and identity of the party who incurred the charge on my Capital One account.

7.    I have recently learned from Western Union that the aforementioned wire was initiated by one for the benefit of one Jamie Norberg in California.

8.    I do not know this person and I did not authorize the aforementioned charge.

Further affiant sayeth not.

_Benjamin Lambert_

Subscribed and sworn before me a Notary Public of _26_ day of September,

2005.

My Commission Expires:

_May 27, 2015_

(SEAL)

_Patricia Murphy_

NOTARY PUBLIC

STATE OF ARKANSAS  )
                    ) ss:
COUNTY OF           )

### AUTHORIZATION TO DISCUSS ACCOUNT

The undersigned hereby authorizes Capital One and/or assigns to discuss my account(s) with my attorney, Kevin P. Keech, 1429 Merrill Drive, Suite 3A, Little Rock, Arkansas 72211, 501.221.3200, including but not limited to Account No. ████████ ████-6597.

Dated September 22, 2005

_____
Benjamin Lambert
Social Security No. ████████████

Subscribed and sworn before me a Notary Public on this _26_ day of September, 2005.

My Commission Expires:

_May 27, 2015_



(SEAL)

_Patricia Murphy_
NOTARY PUBLIC

P.O. Box 6790
Fullerton, CA 92834-6790

RETURN SERVICE REQUESTED



RECEIVED
OCT 1 1 2005
BY:

OCTOBER 05, 2005                    FILE NUMBER 145240654

7887 00004481 0001 2101VSA1
KEVIN P KEECH
KEECH LAW FIRM PA
1429 MERRILL DR APT # 3A
LITTLE ROCK, AR 72211

Re: BENJAMIN LAMBERT, File 145240654

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request
for the above-referenced consumer.

Re: Dispute Status

We received your request on 09/30/2005 and are currently
investigating the disputed information. We are contacting the
source(s) of the information to advise them of the
above-referenced consumer's dispute. They will verify the
accuracy of the item(s) and inform TransUnion of their results.

When the investigation is completed, the consumer will receive a
written response and/or a copy of his or her updated credit
report to notify him or her of the results. Please allow three to
five days for the mail.

Re: Power of Attorney Needed

In order to receive a consumer's credit report other than your
own, you need to provide us with proof of Power of Attorney. This
document must authorize you to obtain the credit information of
the above-referenced consumer and must contain an authentic
court stamp/seal, or notary stamp/seal. Without any legally
binding documents, TransUnion does not have the duty to disclose
any information on a credit report to a third-party.

If the credit report you wish to obtain belongs to an individual
who is deceased, you need to provide us with a death certificate
accompanied by a document that proves you have the authority to
act on the decease's behalf. Acceptable documentation includes
Executor of Estate, Administrator of Estate, or Conservator of
Estate papers.

VTIVEA1F

experian

Report for:
Report number:
0081 5435811

Reported to:
National Consumer Assistance Center
www.experian.com/disputes

Page 1 of 16

## Dear BENJAMIN M LAMBERT,

*To assist you in understanding your correction summary, we have
provided additional information that relates directly to items on your
personal credit report.*

CAP ONE BK/...
...
*PLEASE CONTACT CREDIT GRANTOR IF FRAUD IS SUSPECTED.-*

●●●●●●●●●●●●●●●●● MIXED AADC 683
0014065  2 MB 0.534 L 292
BENJAMIN M LAMBERT
909 HOLMES RD APT D63
SEARCY AR 72143-3036

If you believe you are a victim of fraud, you may want to contact your local law
enforcement agency, and you may find the following suggestions helpful:

Protect Yourself - First, make sure an initial Security Alert or Extended Fraud
Victim Alert is on file with all nationwide consumer credit reporting companies. If
you request an alert with us, we will share your request with the other
nationwide consumer credit reporting companies, Equifax and TransUnion.

Inform the sources - Contact each source of information, including creditors and
the courts, and inform them that the account is fraudulent.

Document all contacts - Make notes of everyone you spoke with; ask for names,
department names, telephone extensions; record the date you spoke to them.

Understand the process - Each creditor may have a different process for handling
a fraud claim. Make sure you understand exactly what is expected from you, and
then ask what you can expect from the creditor. At the conclusion of an
investigation, ask the creditor for a document that states you are not responsible
for the debt.

Follow up - Make sure everything the creditor or credit reporting agency has
requested is received. It is always a good idea to place a follow up call or send a
letter for confirmation.

Review reports regularly - We suggest that you routinely request new copies of
your personal credit report to review.

Don't throw away files - Keep all notes and correspondence in an accessible file
in case they are needed in the future.

**Exhibit**



0417011431   L-292-14065-0108000



Sincerely,

Experian
Attn: CASS
P.O. Box 1240
Allen TX 75013

041701l431   L-292-14065-0108000

experian

Prepared for
GENAVENTILAMBERT
Report number
0365432861

Report date
November 16, 2005
www.experian.com
www.experian.com/disputes  Page 3 of 16

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

| Credit Items | Outcome |
|---|---|
| CAP ONE BK | Remains |

### If you have questions

For the fastest and easiest way to dispute visit: experian.com/disputes or call, **800 509 8495**.

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score,** visit experian.com or call **1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Visit experian.com/status to check the status of your pending disputes at any time

041701l431   L-292-14065-0208000

P.O. Box 6790
Fullerton, CA 92834

RETURN SERVICE REQUESTED

11/11/2005    TransUnion. 

P03CSK00401208-I018071
BENJAMIN O. LAMBERT
103 CHRISP
SEARCY, AR 72143

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CAPITAL ONE BANK | # ████████8597 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.



Exhibit
H