**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**BENJAMIN O. LAMBERT**                                                          **PLAINTIFF**


**VS.**                                      **NO. 4:06-cv-00364-GH**


**CAPITAL ONE FINANCIAL CORPORATION,**                              **DEFENDANTS**
**EXPERIAN, EQUIFAX, and TRANSUNION**

<u>**ORDER OF DISMISSAL**</u>

Comes on for hearing the Motion to Dismiss filed by Plaintiff Benjamin O.

Lambert.  On review of the pleadings filed to date and the statements and agreements of

counsel for Plaintiff, the Motion to Dismiss is hereby **GRANTED**.

The Court hereby orders as follows:

A.      Separate Defendants Capital One Financial Corporation, Experian

Information Solutions, Inc., Equifax Information Services, LLC, and TransUnion, LLC

are hereby dismissed from these proceedings, with prejudice.

**IT IS SO ORDERED this 8th day of June, 2006.**

_____
Honorable George H. Howard
United States District Judge
Eastern District of Arkansas

Approved as to Form:

Keech Law Firm, PA
7600 JFK Blvd., Suite B
North Little Rock, Arkansas 72120
(501) 221-3200


By:      /s/ Kevin P. Keech

Kevin P. Keech
kkeech@keechlawfirm.com

Attorneys for Plaintiff Benjamin O. Lambert

Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2712
(832) 239-3939

By:   /s/ Steven G. Gyeszly
      Steven G. Gyeszly
      sgyeszly@jonesday.com

      Attorneys for Experian Information Solutions, Inc.

      Strasburger and Price, LLP
      2801 Network Boulevard, Suite 600
      Frisco, TX 75034
      (469) 287-3946

By:   /s/ Marc F. Kirkland
      Marc F. Kirkland
      Marc.Kirkland@strasburger.com

      Attorneys for TransUnion, LLC

      Lax, Vaughan, Fortson, McKenzie & Rowe
      Cantrell West Building
      11300 Cantrell, Suite 201
      Little Rock, Arkansas  72212
      (501) 376-6565

      and

      Kilpatrick Stockton LLP
      Suite 2800
      1100 Peachtree Street
      Atlanta, GA 30309-4530
      (404) 815-6275

By:   /s/ Amy Greenstein
      Amy Greenstein
      AGreenstein@kilpatrickstockton.com

      Attorneys for Equifax Information Services, LLC

Capital One Services, Inc.
Attn: 12072-0300
15000 Capital One Drive
Richmond, Virginia 23238
(804) 284-1336

By:     /s/ Peter Gilbert
        Peter Gilbert, Legal Counsel
        Peter.Gilbert@capitalone.com